# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## DOCKET NO. 3:96-CV-460-W

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) |
| LYNN L. MACK, WILLIAM MICHAEL MACK, JR., a minor, SHAUN LYNN MACK, a minor, BOBBY ISRAEL MACK, a minor, and ROBBIE JENNEA MACK, a minor, | )  **ORDER**<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

THIS MATTER is before the Court on the *pro se* verified motion of Defendant Shaun Lynn Mack requesting the disbursement of funds held in trust by the Clerk of Court now that he has reached the age of majority.

IT IS NOW, THEREFORE, ORDERED that Defendant's motion (Doc. No. 28) is ALLOWED.

IT IS FURTHER ORDERED that the Clerk shall release a sum equal to one-third the amount remaining in trust for the benefit of the minor Defendants in the above-styled matter, which amount should equal one-fourth the principal amount deposited by Plaintiff plus the moving Defendant's share of interest which has accrued to date in accordance with Local Rule 67.1.

The Clerk shall forward such funds directly to the *pro se* Defendant by mailing certified funds to Shaun Lynn Mack at the address he provided in his verified motion.

IT IS SO ORDERED.

Signed: January 17, 2007

Frank D. Whitney
United States District Judge