IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:96-CV-460-W

| | | |
|---|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| LYNN L. MACK, WILLIAM MICHAEL MACK, JR., a minor, SHAUN LYNN MACK, a minor, BOBBY ISREAL MACK, a minor, and ROBBIE JENNEA MACK, a minor, | ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

THIS MATTER is before the Court on the *pro se* verified motion of Bobby Isreal Mack requesting the disbursement of funds held in trust by the Clerk of Court now that he has reached the age of majority.

IT IS NOW, THEREFORE, ORDERED that Defendant's motion (Doc. No. 31) is GRANTED.

IT IS FURTHER ORDERED that the Clerk shall release a sum equal to one-half the amount remaining in trust for the benefit of the minor Defendants in the above-styled matter, which amount should equal one-fourth the principal amount deposited by Plaintiff plus the moving Defendant's share of interest which has accrued to date in accordance with Local Rule 67.1.

The Clerk shall forward such funds directly to the *pro se* Defendant by mailing certified funds to Bobby Isreal Mack at the address he provided in his verified motion.

IT IS SO ORDERED.

Signed: March 1, 2010

Frank D. Whitney
United States District Judge