UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

NO. 3:96-cv-460

FILED
CHARLOTTE, NC

APR 2 2014

US District Court
Western District of NC

| | |
|---|---|
| **THE PRUDENTIAL INS.** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| **MACK, ET AL.** ) | ORDER OF DISBURSEMENT |
| Defendants. ) | |

This matter is before the Court for purposes of disbursing the funds and interest on deposit with the Clerk in accordance with an earlier Order of this court of February 18, 1997, directing that the funds be placed in an interesting bearing account.

Robbie Jennea Mack is the remaining defendant who is to receive her share of the life insurance proceeds, plus interest, now that she is no longer a minor.

The Clerk has made numerous attempts to locate Ms. Mack, including contacting her attorney of record (who is now retired); have contacted other family members who have no knowledge of Ms. Mack's whereabouts; have used professional locators available on the internet; have contacted numerous governmental agencies; and have sent correspondence to her last known address.

At this time the Clerk needs to move these funds from the court's Commercial Registry Investment System Fund and then to the Court's Treasury Registry Fund and then to the Unclaimed Funds Account to prepare the monies for disbursement to Ms. Mack or to the Treasury for holding until she is located.

IT IS THEREFORE ORDERED, that the Clerk shall proceed to transfer these monies in the amount of $77,204.26 which includes accrued interest. Additional interest will be determined and applied at time of disbursement.

SO ORDERED, this 2nd day of April, 2014.

_____
Frank D. Whitney, Jr. Chief
U.S. District Judge