UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:96-cv-00460-FDW-CH

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LYNN L. MACK, WILLIAM MICHAEL MACK, JR., a minor, SHAUN LYNN MACK, a minor, BOBBY ISREAL MACK, a minor, and ROBBIE JENNEA MACK, a minor, )<br>)<br>Defendants. | ORDER |

THIS MATTER is before the Court on the *pro se* Defendant's request for her share of money held in trust by the Clerk of Court. The Court will construe this *pro se* request as a verified motion of Robbie Jennea Mack requesting the disbursement of funds held in trust by the Clerk of Court now that she has reached the age of majority.

IT IS NOW, THEREFORE, ORDERED that Defendant's motion (Doc. No. 34) is GRANTED.

IT IS FURTHER ORDERED that the Clerk shall release a sum equal to the amount remaining in trust for the benefit of the minor Defendants in the above-styled matter, which amount should equal one-fourth of the principal amount deposited by Plaintiff plus the moving Defendant's share of interest which has accrued to date in accordance with Local Rule 67.1.

The Clerk shall forward such funds directly to the *pro se* Defendant by mailing certified

funds to Robbie Jennea Mack at the address she provided in her verified motion.

IT IS SO ORDERED.

Signed: September 26, 2014

Frank D. Whitney
Chief United States District Judge