UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 3:96cv460

| | |
|---|---|
| **The Prudential Ins. Co. of America,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**Robbie Mack, et al** )<br>Defendants/Claimants. ) | CLERK'S ORDER OF DISBURSEMENT |

This matter is before the Clerk for purposes of disbursing the funds to Ms. Robbie Mack in the amount of $77,204.56 per Order of this court filed September 26, 2014 [document 35]. The Order directed the Clerk to send these funds directly to Ms. Mack by mailing certified funds to the address provided in her verified motion.

The Clerk contacted Ms. Mack by certified mail asking her to verify the address in her motion and learned that Ms. Mack had moved to 1190 Millpond Road in Elizabeth City, North Carolina. Ms. Mack has requested in writing that the funds be sent to her at this updated address.

Therefore, the Financial Section shall forward Ms. Mack her funds by certified mail to the Elizabeth City address.

Signed: October 30, 2014

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court